UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| ESTATE OF JOSEPH LOCKNER and CHEYENNE ALEXANDER, | ) ) ) | |
|---|---|---|
| Plaintiffs, | ) ) | |
| v. | ) ) ) | No.: 2:19-CV-220-DCLC-CRW |
| WASHINGTON COUNTY, et al., | ) ) | |
| Defendants. | ) ) | |

## ORDER

On March 17, 2021, Plaintiffs filed motions for default judgment as to Defendants Wesley Clouse and John Woodard [*See* Doc. 47 and 48]. United States Magistrate Judge Cynthia R. Wyrick entered a Report and Recommendation ["R&R"] regarding the motion pertaining to Defendant Woodard on April 27, 2021 [Doc. 54] and an R&R as to Defendant Clouse on May 5, 2021 [Doc. 55]. Specifically, the magistrate judge recommends that the Court deny Plaintiffs' motion for default judgment as to Defendant Woodard and set aside the entry of default against him [Doc. 54]. As to Defendant Clouse, the magistrate judge recommends that the Court deny the motion without prejudice to Plaintiffs refiling the motion once a judgment resolving claims against all inmate-Defendants can be entered [Doc. 55].

The law provides that either party may file written objections to the magistrate judge's R&R "[w]ithin fourteen days after being served with a copy" of a report and recommendation. 28 U.S.C. § 636(b)(1). The district court will make a "de novo determination of those portions of the report . . . to which objection is made." *Id*. Where neither party objects to an R&R, the Court has no duty to independently review the matter. *See Thomas v. Arn*, 474 U.S. 140, 149-152 (1985).

Here, no party has filed an objection to either R&R, and it is hereby **ORDERED** that the magistrate Judge's R&Rs are **ADOPTED** [Docs. 54 and 55]. It is **FURTHER ORDERED** that (1) Plaintiffs' motion for default judgment against Defendant Clouse [Doc. 47] is **DENIED WITHOUT PREJUDICE** to the refiling of the motion upon entry of final judgment against the inmate-Defendants; and (2) Plaintiffs' motion for default judgment against Defendant Woodard [Doc. 48] is **DENIED**, and the Clerk is **DIRECTED** to vacate the entry of default as to Defendant Woodard.

**SO ORDERED.**

**ENTER:**

s/Clifton L. Corker
United States District Judge