UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | |
|---|---|
| **CHEYENNE ALEXANDER,** Spouse of Decedent and Personal Representative of the **ESTATE OF JOSEPH LOCKNER** <br><br> *Plaintiff,* <br><br> v. <br><br> **WASHINGTON COUNTY, SHERFIFF ED GRAYBEAL, BRENDA DOWNES, WASHINGTON COUNTY JAIL ADMINISTRATOR, JAIL OFFICER(S)** Responsible for Housing the Decedent, **WESLEY CLOUSE, CODY ALBU STEVE NECESSARY, GLENDON WILKERSON, JONATHAN PEARSON, JOHN WOODARD** <br><br> *Defendants.* | No.: 2:19-CV-0220-DCLC-CRW |

## JUDGMENT ORDER

In accordance with an Order entered today, this action is hereby dismissed without prejudice to Plaintiff pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure.

The Clerk is **DIRECTED** to close this case.

**SO ORDERED.**

**ENTER:**

s/Clifton L. Corker
United States District Judge